**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACKSON HEWITT, INC., | Civil No.: 09-5968 (JLL) |
| Plaintiff, | |
| v. | |
| JSE BUSINESS DEVELOPMENT GROUP, INC., et al., | **ORDER** |
| Defendants. | |

This matter comes before the Court by way of Defendants' request for a ten (10) day extension of time in which to respond to Plaintiff's motion for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65, and it appearing that:

1. Plaintiff filed the instant Complaint and accompanying application for injunctive relief on November 24, 2009.

2. On that date, the Court entered an Order directing Defendants to respond to Plaintiff's application, to the extent they wish to do so, on or before December 11, 2009. The Court also scheduled a hearing in connection with Plaintiff's application for Monday, December 21, 2009 at 10:00 a.m.

3. On this date, Defendants have submitted a letter to the Court requesting a ten (10) day extension of time in which to respond to Plaintiff's application based upon Defendants' failure to obtain counsel. Counsel for Plaintiff does not consent to Defendants' request.

Having considered Defendants' request, and noting the emergent nature of the relief being sought by the Plaintiff,

**IT IS** on this **11th day of December, 2009**,

**ORDERED** that the Court will grant Defendants with a limited extension. To the extent Defendants wish to respond to Plaintiff's application for emergent relief, they have until **Tuesday,**

**December 15, 2009 at 3:00 p.m.** in which to do. Defendants' failure to respond to Plaintiff's application by such time will result in Plaintiff's application being deemed unopposed; and it is further

**ORDERED** that all other dates included in this Court's November 24, 2009 Order remain intact; thus, Plaintiff's reply is due by **Friday, December 18, 2009** and the hearing in connection with Plaintiff's application will take place on **Monday, December 21, 2009 at 10:00 a.m.** before this Court.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge